IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CARLOS RENARDO JOHNSON, JR., | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-80 |
| v. | |
| SANDY JACKSON; THEVONZA BOBBIT; SHARP; WISE; and SGT. ANTHONY, | |
| Defendants. | |

## AMENDED ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 16th day of November, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA